# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Amin Moslehi,

　　　　Petitioner,

v.

Pam Bondi, *et al.*,

　　　　Respondents.

No. CV-26-01244-PHX-JJT (MTM)

**ORDER**

At issue is the Report and Recommendation (Doc, 11, "R&R") entered in this matter by United States Magistrate Judge Michael T. Morrissey recommending that the Court deny and dismiss with prejudice the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1). In the R&R, Judge Morrissey advised the parties that they "shall have 14 days from the date of service of a copy of this [R&R] within which to file specific written objections with the Court," and "failure to timely file objections to the [R&R] may result in the acceptance of the [R&R] by the District Court without further review." (R&R at 9.) Nearly two months have elapsed since entry of this Order on the docket, constituting service, and no party has filed any objection. The Court is therefore entitled under *United States v. Reyna-Tapia,* 328 F.3rd 1114, 1121 (9th Cir. 2003) to accept the R&R without further review. The Court nonetheless conducted an independent review of the R&R, the law and reasoning upon which it relies, and the cases cited and arguments raised in the parties' briefing.

Upon concluding that independent review, the Court finds Judge Morrissey's reasoning and recommendations are sound and it will adopt them in whole. Petitioner is properly subject to detention pursuant to 8 U.S.C. § 1225(b) which, as Judge Morrissey correctly pointed out, is not indefinite. Should he prevail on his appeal of his removal decision he may obtain release. And if he is unsuccessful on appeal and his removal order becomes final, should his detention pending execution of that removal "extend beyond the period authorized by statute," he may petition for relief then. (R&R at 8.)

**IT IS ORDERED** adopting in whole the R&R in this matter (Doc. 11).

**IT IS FURTHER ORDERED** denying and dismissing the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly and close this matter.

Dated this 3rd day of August, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -